FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 3 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00091-ECR-PAL |
| Plaintiff, | ORDER |
| vs. | |
| KEVIN WHITE, | |
| Defendant. | |

The Defendant has filed a letter which the Court will consider as a motion (# 45) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). Defendant requests that the Court reexamine his 2008 sentence for interference with commerce by armed robbery in light of the changes to crack cocaine laws. Defendant contends his 2008 sentence was affected by his status as career offender due to a 1994 plea of guilty to possession with intent of two ten-dollar bags of crack cocaine. Accordingly,

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than five (5) judicial days from the date of this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall distribute a copy of the document filed by Defendant to the Federal Public Defender, the

| | |
|---|---|
| 1 | United States Attorney, and the U.S. Probation Office forthwith. |
| 2 | IT IS FURTHER ORDERED that within twenty-one (21) days of the entry |
| 3 | of this Order, the Federal Public Defender shall: a) file and serve any Supplement |
| 4 | to the request for relief or b) file a Notice with the Court that the parties have |
| 5 | agreed to a resolution for good cause that the time is extended. If a Notice of |
| 6 | Agreed Resolution is filed, the Stipulation of the parties shall be filed along with |
| 7 | the written consent of the Defendant within forty (40) days of the entry of this |
| 8 | order unless for good cause the time is extended. |
| 9 | IT IS FURTHER ORDERED that if a Supplement is filed by counsel for |
| 10 | Defendant, the United States Attorney shall serve any Response fourteen (14) |
| 11 | days after the Supplement is filed unless for good cause the time is extended. |
| 12 | IT IS FURTHER ORDERED that the Federal Public Defender shall serve |
| 13 | any Reply within five (5) days of service of the Government's Response. |
| 14 | IT IS FURTHER ORDERED that the parties shall serve the office of the |
| 15 | United States Probation with any pleadings or documents filed pursuant to this |
| 16 | Order. |
| 17 | Dated this **30** day of **Sept** 2011. |

EDWARD C. REED, JR.
United States District Judge